

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

April 10, 2026

**BY ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> **Re:**   *United States v. Keiswuel Orlando Palacios-Milano*, 25 Cr. 392 (JAV)

Dear Judge Vargas:

The Government respectfully requests that the status conference scheduled for April 13, 2026 at 11:00 a.m. be adjourned for 120 days. The defendant in the above-captioned case is also charged in a case proceeding in front of the Honorable Mary Kay Vyskocil in <u>United States v. Gonzales-Valdez</u>, 25 Cr. 76 (MKV). There is significant factual overlap between the charges against the defendant in the instant case and the charges against him in <u>Gonzalez-Valdez</u>, and a status conference is scheduled in <u>Gonzales-Valdez</u> for April 17, 2026.

In addition, the Government requests that the time until the next pretrial conference in this matter be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The justice served by granting the proposed exclusion outweighs the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties further opportunity to discuss the possibility of a pretrial resolution in this case as well as in <u>Gonzalez-Valdez</u>. Defense counsel consents to both requests.

The government's adjournment request is GRANTED. The status conference previously scheduled for April 13, 2026, is adjourned to August 12, 2026 at 11:00 am. The government is directed to file a proposed order regarding the exclusion of time. The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.   JEANNETTE A. VARGAS
              United States District Judge
Dated: April 10, 2206

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
    Kathryn Wheelock
    Assistant United States Attorney
    (212) 637-2415

cc:   Lisa Scolari (ECF)