LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

June 16, 2026

Hon. Jeannette A. Vargas
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. Keiswuel Palacios-Milano,
25 Cr. 392 (JAV)

Your Honor,

I write to request that the court relieve me and assign new CJA counsel Zachary Margulis- Ohnuma to represent Mr. Palacios Milano. As the Court is aware, Mr. Palacios-Milano has been superseded into the indictment before Judge Vyskocil, 25 Cr. 76 (MKV), which contains the same charges as the indictment before this Court. The case before Your Honor has been adjourned to August 12, 2025 for potential dismissal.

I was relieved from representing Mr. Palacios-Milano on the Judge Vyskocil case today and Mr. Margulis-Ohnuma was assigned to replace me. It would be practical for Mr. Margulis-Ohnuma to represent Mr. Palacios-Milano on both cases and he has agreed to do so.

The government, by Katherine Wheelock, Esq., consents to this request. Therefore, I request that the Court relieve me of representing Mr. Palacios-Milano and appoint Mr. Margulis-Ohnuma in my stead.

Respectfully,

Lisa Scolari

Lisa Scolari

SO ORDERED:

HON JEANNETTE A. VARGAS
Dated: June 17, 2026
cc: Zachary Margulis Ohnuma, via email