**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

August 7, 2026

**BY ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Keiswuel Orlando Palacios-Milano*, 25 Cr. 392 (JAV)**

Dear Judge Vargas:

The parties respectfully request that the status conference scheduled for August 12, 2026 at 11:00 a.m. be adjourned for 90 days.[1] (The Court previously granted an adjournment of one prior status conference from April 13, 2026 to August 12, 2026.)

The defendant in the above-captioned case is also charged in a case proceeding in front of the Honorable Mary Kay Vyskocil in United States v. Gonzales-Valdez, 25 Cr. 76 (MKV). The conduct underpinning the charges in this case—conduct related to a January 10, 2025 home invasion and a January 13, 2025 attempted robbery—is part of the pending charges against the defendant in Gonzalez-Valdez. The defendant's trial in Gonzalez-Valdez is scheduled to begin on May 17, 2027. In light of the pending trial date in Gonzalez-Valdez and the overlap between the charges there and here, the Government intends to propose at the next conference that this Court wait to set a trial date in the instant case until after the defendant's trial in Gonzalez-Valdez has concluded.

The Government also requests that the time until the next pretrial conference in this matter be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The justice served by granting the proposed exclusion outweighs the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties further opportunity to discuss the possibility of a pretrial resolution in this case as well as in Gonzalez-Valdez. Defense counsel consents to this request.

[1] If the Court does not grant a 90 day adjournment, defense counsel is nevertheless unavailable on August 12, 2026 and therefore respectfully requests that the Court adjourn the matter to the earliest available date thereafter.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

by: _______/s/________________
Kathryn Wheelock
Assistant United States Attorney
(212) 637-2415

cc: Zachary Marguils-Ohnuma (ECF)

The parties' adjournment request is GRANTED. The status conference previously scheduled for August 12, 2026, is adjourned to November 10, 2026 at 12:30 pm. The Clerk of Court is directed to terminate ECF No. 22.

SO ORDERED.
Dated: August 10, 2026

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE